### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ST. CROIX LABOR UNION MUTUAL HOMES, INC. PHASE II,<br><br>      **Plaintiff,**<br><br>      v.<br><br>MAPFRE PRAICO INSURANCE COMPANY.<br><br>      **Defendant.** | Case No. 3:19-cv-0109 |

### ORDER

**THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 65.)  After careful consideration and review it is hereby

**ORDERED** that the Stipulation for Dismissal, (ECF No. 65), is **ACKNOWLEDGED**; it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

**Date:** November 29, 2021                        */s/ Robert A. Molloy*
                                                                       **ROBERT A. MOLLOY**
                                                                       **Chief Judge**